**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| MARSHA BRILEY | * | |
|    Plaintiff, | * | |
| v. | * | Case No. 1:25-CV-2205 |
| | | |
| MARYLAND DEPARTMENT OF | * | |
| PUBLIC SAFETY AND | | |
| CORRECTIONAL SERVICE, et al. | * | |
| | | |
|    Defendant(s). | * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**NOTICE OF ERRATA REGARDING REDLINED COMPARISON**

**(ECF NO. 13-2)**

Plaintiff Marsha Briley, by and through undersigned counsel, respectfully submits this Notice of Errata to correct the redline comparison filed at ECF No. 13-2.

1. On 04/23/2026, Plaintiff filed her Motion for Leave to File First Amended Complaint, attaching the proposed First Amended Complaint (ECF No. 13-1) and a redline comparison (ECF No. 13-2) showing the proposed changes from the original Complaint.

2. Counsel for Defendant has identified that the copy filed at ECF No. 13-2 does not accurately reflect the differences between the original Complaint and the proposed First Amended Complaint at ECF No. 13-1.

3. The correct redline comparison is attached hereto as Exhibit A and is being

provided in substitution for ECF No. 13-2.

4. The proposed First Amended Complaint (ECF No. 13-1) remains the

operative proposed pleading to which Defendant has responded and is unchanged by this Notice.

Dated: May 5, 2026                                    Respectfully Submitted,

                                                      QUINN PATTON

                                                      /s/Donald G. Quinn
                                                      Donald G. Quinn
                                                      Federal Bar No. 223324
                                                      838 Ritchie Highway, Suite 4
                                                      Severna Park, Maryland 21146
                                                      donquinn@quinnpatton.com
                                                      *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY certify, on this 5th Day of May 2026, the foregoing was served by CM/ECF to all counsel of record.

/s/ Donald Quinn
Donald G. Quinn